**Order filed June 5, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00323-CV
_____

**RICHARD POWELL, Appellant**

**V.**

**YOEN NAVARETTE CARDENAS, Appellee**

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1012724**

## O R D E R

The notice of appeal in this case was filed April 25, 2014. To date, the filing fee has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee to the Clerk of this court on or before **June 20, 2014.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM